2019R00980NBK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. |
| v. | : Criminal No. 21- 602 |
| JOSEPH RUBINO | : 21 U.S.C. §§ 841(a)(1) and (b)(1)(D) |
| | : 18 U.S.C. § 922(g)(1) |

**INFORMATION**

The defendant having waived in open court prosecution by indictment, the Acting United States Attorney for the District of New Jersey, charges:

**COUNT ONE**
(Possession with Intent to Distribute Marijuana)

On or about July 24, 2019, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**JOSEPH RUBINO,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

**COUNT TWO**
(Possession of Firearms by a Convicted Felon)

On or about July 24, 2019, in Essex County, in the District of New Jersey and elsewhere, the defendant,

**JOSEPH RUBINO,**

knowing that he had previously been convicted in a court of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce firearms and ammunition, namely:

1. An Intratec Arms Model TEC-DC9 semi-automatic assault handgun, bearing serial number D062728, with a threaded barrel attachment;

2. A Cobray Arms Mac-11 9mm semi-automatic assault pistol, bearing serial number 89-0057884, with a high-capacity magazine;

3. A loaded Smith & Wesson M&P pistol, bearing serial number HLJ4405;

4. Two (2) sawed-off double-barrel shotgun barrels;

5. Various ammunition including, but not limited to: a high-capacity magazine with twelve (12) 9mm solid point cartridges, a 9mm hollow point cartridge, a 7.62mm rifle cartridge, an FC 9mm Luger cartridge, four (4) 9mm solid point cartridges, and two (2) 9mm luger hollow point cartridges;

6. A Keltec CMR30 .22 caliber semi-automatic rifle, bearing serial number Y3Z02, loaded with sixteen (16) .22 caliber hollow-point cartridges;

7. A Keltec PF9 9mm semi-automatic handgun, bearing serial number SZ968;

8. A High Standard Derringer .22 caliber double-barrel handgun, bearing serial number 2038167;

9. A Polymer 80 9mm semi-automatic handgun, bearing serial number STS00147;

10. An RG .22 caliber revolver, bearing serial number 176542;

11. An Ithaca M-66 20-gauge single shot shotgun, bearing serial number 660037422;

12. A Remington Model 700 .223 caliber bold action rifle with scope, bearing serial number G7017868;

13. A Thompson Center .50 caliber muzzle-loading rifle with scope, bearing serial number 110545;

14. A Remington Model 870 Wingmaster 12-gauge pump shotgun, bearing serial number S031228V;

15. A New England Firearms 20-gauge single shot shotgun, bearing serial number NH247500;

16. A Remington Model 760 .300 Savage pump rifle, bearing serial number 217690;

17. A Glenfield Mod 60 .22 LR caliber semi-automatic rifle, bearing serial number 23434391;

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**
(Count One)

1. The allegations contained in Count One of this Information are incorporated by reference as though set forth in full herein for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. Upon conviction of the offense in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D), as set forth in Count One of this Information, the defendant,

**JOSEPH RUBINO**,

shall forfeit to the United States, any property, real and personal, constituting or derived from any proceeds the person obtained, directly or indirectly, as the result of such violation.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third person;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any

other property of said defendant up to the value of the above forfeitable property.

## **FORFEITURE ALLEGATION**
(Count Two)

1.  The allegations contained in Count Two of this Information are incorporated by reference as though set forth in full herein for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in Count Two of this Information, the defendant,

**JOSEPH RUBINO,**

shall forfeit to the United States any firearm and ammunition involved in or used in the commission of that offense, including:

1. An Intratec Arms Model TEC-DC9 semi-automatic assault handgun, bearing serial number D062728, with a threaded barrel attachment;

2. A Cobray Arms Mac-11 9mm semi-automatic assault pistol, bearing serial number 89-0057884, with a high capacity magazine;

3. A loaded Smith & Wesson M&P pistol, bearing serial number HLJ4405;

4. Two (2) sawed-off double-barrel shotgun barrels;

5. Various ammunition including, but not limited to: a high-capacity magazine with twelve (12) 9mm solid point cartridges, a 9mm hollow point cartridge, a 7.62mm rifle cartridge, an FC 9mm Luger cartridge, four (4) 9mm solid point cartridges, and two (2) 9mm luger hollow point cartridges;

6. A Keltec CMR30 .22 caliber semi-automatic rifle, bearing serial number Y3Z02, loaded with sixteen (16) .22 caliber hollow-point cartridges;

7. A Keltec PF9 9mm semi-automatic handgun, bearing serial number SZ968;

8. A High Standard Derringer .22 caliber double-barrel handgun, bearing serial number 2038167;

9. A Polymer 80 9mm semi-automatic handgun, bearing serial number STS00147;

10. An RG .22 caliber revolver, bearing serial number 176542;

11. An Ithaca M-66 20-gauge single shot shotgun, bearing serial number 660037422;

12. A Remington Model 700 .223 caliber bold action rifle with scope, bearing serial number G7017868;

13. A Thompson Center .50 caliber muzzle-loading rifle with scope, bearing serial number 110545;

14. A Remington Model 870 Wingmaster 12-gauge pump shotgun, bearing serial number S031228V;

15. A New England Firearms 20-gauge single shot shotgun, bearing serial number NH247500;

16. A Remington Model 760 .300 Savage pump rifle, bearing serial number 217690;

17. A Glenfield Mod 60 .22 LR caliber semi-automatic rifle, bearing serial number 23434391;

18. An assault rifle of unknown make/model; and

19. A handgun of unknown make/model.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

RACHAEL HONIG
Acting United States Attorney